*Notice: This order is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

## DISTRICT OF COLUMBIA COURT OF APPEALS

**No. 25-BG-1105**

IN RE ALISA LACHOW CORREA,
                    Respondent.
A Suspended Member of the Bar of the
District of Columbia Court of Appeals
**Bar Registration No. 888283858**                    **DDN: 2025-D156**

BEFORE:    Beckwith, Easterly, and McLeese, Associate Judges.

### O R D E R
(FILED – May 7, 2026)

On consideration of the certified order from the Virginia State Bar Disciplinary Board suspending respondent for sixty days by consent; this court's February 2, 2026, order in No. 24-BG-1044, reciprocally suspending respondent in response to a separate Virginia disciplinary matter; this court's December 8, 2025, order suspending respondent pending this matter's resolution and directing her to show cause why reciprocal discipline should not be imposed; and the statement of Disciplinary Counsel; and it appearing that respondent has not filed a response to the show cause order or her D.C. Bar. R. XI, § 14(g) affidavit; and it further appearing that respondent has not filed her D.C. Bar R. XI, § 14(g) affidavit in No. 24-BG-1044, it is

ORDERED that Alisa Lachow Correa is hereby suspended from the practice of law in the District of Columbia for sixty days, to be served consecutive to her suspension in No. 24-BG-1044.  *See In re Sibley*, 990 A.2d 483, 487-88 (D.C. 2010) (explaining that exceptions to the rebuttable presumption in favor of identical reciprocal discipline should be rare).  It is

FURTHER ORDERED that, for purposes of reinstatement, respondent's suspension will not begin to run until such time as she files an affidavit that fully complies with the requirements of D.C. Bar R. XI, § 14(g).

**PER CURIAM**